UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                           :

AP MA FUNDING LLC,                         :

                    :

            Plaintiff,          :

                    :            25-CV-10297 (JMF)

     -v-                 :

                    :              ORDER

HUMZA TANVIR LLC et al,        :

                    :

           Defendants.       :

                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **January 18, 2026**, Defendant Humza Tanvir was served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 12.  To date, Defendant has failed to appear in this action.  No later than **February 18, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: February 11, 2026
      New York, New York

                                      JESSE M. FURMAN
                                   United States District Judge