UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                    :
  AP MA FUNDING LLC,                                :
                                                    :
                              Plaintiff,            :         25-CV-10297 (JMF)
                                                    :
              -v-                                   :         ORDER
                                                    :
  HUMZA TANVIR LLC et al,                            :
                                                    :
                              Defendants.           :
                                                    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Complaint in this case was filed with the Court on December 11, 2025, *see* ECF No.
1, but the docket does not reflect that the Complaint has been served on Defendants Humza
Tanvir LLC and Misri Shah LLC.  In addition, although proof of service has been filed on
Defendant Humza Tanvir, ECF No. 12, Plaintiff has indicated that it "does not believe that actual
notice has been effectuated and anticipates filing a motion for alternate service," ECF No. 16.  In
view of that and the lack of an appearance by Defendants, the initial pretrial conference currently
scheduled for March 12, 2026, *see* ECF No. 10, is ADJOURNED to **May 14, 2026.**

        Plaintiff is reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires
dismissal without prejudice if a plaintiff does not serve the defendant with the summons and
complaint within 90 days, absent good cause.  If Plaintiff believes that Defendants have been
served, Plaintiff shall promptly communicate with the Court, in writing, when and in what
manner such service was made.  If not, Plaintiff shall promptly file proof of service after service
is made (or any motion for alternate service).

        Finally, Plaintiff is directed (1) to notify Defendants' attorneys in this action by serving
upon each of them a copy of this Order and (2) to file proof of such notice with the Court **within
three business days of the date of this Order**.  If unaware of the identity of counsel for
Defendants, counsel receiving this order must forthwith send a copy of this Order to that party
personally.

        SO ORDERED.

Dated: March 2, 2026                        _____
       New York, New York                              JESSE M. FURMAN
                                                     United States District Judge