# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Ana M. Blanco
Tel: 215.864.8530
Fax: 215.864.8999
blancoa@ballardspahr.com

April 30, 2026

*Via ECF*

Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re:    *AP MA Funding LLC v. Humza Tanvir LLC et al.*, No. 1:25-cv-10297 (JMF)

Dear Judge Furman:

Undersigned counsel represents Plaintiff AP MA Funding LLC ("Plaintiff" or "Lender") in the above-referenced action. Plaintiff respectfully moves for a brief two-week extension of time within which to file its motion for default judgment.

Plaintiff is in receipt of the Court's April 30, 2026 Order (ECF Doc. No. 25) directing that any motion for default judgment be filed within two weeks of the date of the Order. Plaintiff respectfully requests that the deadline be extended by two weeks, up to and including May 28, 2026. In light of multiple pending deadlines, and in order to devote the requisite attention to the preparation of the motion and supporting papers, Plaintiff respectfully requests this additional time to file its motion for default judgment and all accompanying documents.

Respectfully submitted,

Application GRANTED.  Plaintiff is hereby ordered to serve a copy of this endorsed letter on Defendants and to file proof of service on ECF.

/s/ Ana M. Blanco

The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

April 30, 2026