UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                     :

AP MA FUNDING LLC,             :

                  :

          Plaintiff,     :

                  :        25-CV-10297 (JMF)

      -v-              :

                  :         ORDER

HUMZA TANVIR LLC et al.,     :

                  :

         Defendants.    :

                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' apparent default, *see* ECF Nos. 24-25, the initial pretrial conference currently scheduled for May 14, 2026, *see* ECF No. 17, is hereby ADJOURNED *sine die*. Plaintiff shall serve a copy of this Order on Defendants and to file proof of service on ECF.

      SO ORDERED.

Dated: May 4, 2026
      New York, New York                                _____

                                             JESSE M. FURMAN
                                    United States District Judge