UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                      :

AP MA FUNDING LLC,                  :
                      :

             Plaintiff,        :         25-CV-10297 (JMF)
                      :

      -v-                 :        ORDER SCHEDULING
                      :        DEFAULT JUDGMENT
HUMZA TANVIR LLC et al.,       :        BRIEFING AND SHOW
                      :        CAUSE HEARING

            Defendants.    :
                      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **May 28, 2026**, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 36.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **June 17, 2026**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear and show cause before this Court on **June 25, 2026, at 4:30 p.m.** why an order should not be issued granting a default judgment against Defendants.  Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant.  That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of December 15, 2025, including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference.  *See* ECF No. 10.

It is further ORDERED that Plaintiff serve Defendants with a copy of this Order **within one business day of the date of this Order** and to file proof of such service within **two business days of service**.

SO ORDERED.

Dated: June 1, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2