# Ballard Spahr
LLP

- - - - - - - - - - - - - - - - - - - -

1675 Broadway, 19th Floor
New York, NY 10019-5820

TEL 212.223.0200

FAX 212.223.1942

www.ballardspahr.com

Ana M. Blanco

Tel: 646.346.8072
Fax: 212.223.1942
blancoa@ballardspahr.com

June 29, 2026

*Via ECF*

Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re:   *AP MA Funding LLC v. Humza Tanvir LLC et al*; 1:25-cv-10297

Undersigned counsel represents Plaintiff AP MA Funding LLC ("Plaintiff" or "Lender") in the above-referenced action. Plaintiff respectfully submits this letter request for a brief two-week extension of time, until July 13, 2026, to file a supplemental declaration from Plaintiff's client representative addressing the amounts owed in this matter.

Plaintiff previously appeared before Your Honor on June 25, 2026 for the default judgment hearing. Plaintiff has been working to compile and confirm the underlying documentation supporting the outstanding balance, including payment history and other account records necessary to accurately support the requested relief.

Additional time is required to finalize the supplemental declaration and supporting exhibit. This short extension is requested solely for that purpose and will not prejudice any party. Plaintiff appreciates the Court's consideration of this request.

Respectfully submitted,

*/s/ Ana M. Blanco*

Application GRANTED.  Plaintiff shall serve a copy of this endorsed letter on Defendants and file proof of service on ECF.

The Clerk of Court is directed to terminate ECF No. 43.

SO ORDERED.

June 29, 2026