Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Ana M. Blanco
Tel: 646.346.8072
Fax: 212.223.1942
blancoa@ballardspahr.com

July 13, 2026

*Via ECF*

Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re: *AP MA Funding LLC v. Humza Tanvir LLC et al*; 1:25-cv-10297

Dear Judge Furman,

Undersigned counsel represents Plaintiff AP MA Funding LLC ("Plaintiff" or "Lender") in the above-referenced action. Plaintiff respectfully submits this second letter request for a brief two-week extension of time, until July 27, 2026, to file a supplemental declaration from Plaintiff's client representative addressing the amounts owed in this matter.

Plaintiff previously requested, and was granted, a two-week extension of time to file the supplemental declaration, until July 13, 2026. *See* ECF Doc. No. 44. Plaintiff has been working to compile and confirm the underlying documentation supporting the outstanding balance.

Additional time is required because Plaintiff's client representative is still in the process of preparing the payoff statement that will validate the judgment being sought. This short extension is requested solely for that purpose and will not prejudice any party. Plaintiff appreciates the Court's consideration of this request.

Respectfully submitted,

*/s/ Ana M. Blanco*
Ana M. Blanco

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 46.

SO ORDERED.

July 13, 2026