UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

AP MA FUNDING LLC,

Plaintiff,

vs.

HUMZA TANVIR LLC, MISRI SHAH LLC, and HUMZA TANVIR,

Defendants.

------------------------------------------------------- X

Case No. 1:25-cv-10297-JMF

~~PROPOSED~~ DEFAULT JUDGMENT

This action having been commenced on December 11, 2025 by the filing of the Summons and Complaint, copies of the Summons and Complaint having been served on Defendants Humza Tanvir LLC, Misri Shah LLC, and Humza Tanvir ("Defendants") pursuant to this Court's April 6, 2026 Order authorizing alternative service, proof of service having been filed on April 8, 2026, the Defendants not having answered the Complaint, appeared in this action, or otherwise moved with respect to the Complaint, and the time for answering the Complaint having expired, and the Clerk having entered Certificate of Default against the Defendants on May 28, 2026, it is hereby

ORDERED, ADJUDGED AND DECREED: That Plaintiff AP MA Funding LLC have judgment against Defendants Humza Tanvir LLC, Misri Shah LLC, and Humza Tanvir, jointly and severally, in the liquidated amount of $1,511,309.28, including principal, interest, late fees, attorneys' fees, and costs, plus post-judgment interest accruing from the date of entry of judgment pursuant to 28 U.S.C. § 1961.

The Clerk of Court is directed to terminate ECF No. 36 and to close this case.

Dated: July 31, 2026

JESSE M. FURMAN
U.S.D.J.